**KIMBERLY RAMIREZ**
November 14, 2012


EXHIBIT C

```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF TEXAS
 2                     HOUSTON DIVISION

 3   Kimberly Ramirez,        )
                              )
 4           Plaintiff,       )
                              )
 5   v.                       ) Civil Action No. 4:12-cv-1922
                              )
 6   24 Hour Fitness USA, Inc.,)
     et al.,                  )
 7           Defendants.      )

 8   ************************************************************

 9              ORAL AND VIDEOTAPED DEPOSITION OF

10                    KIMBERLY RAMIREZ

11                    November 14, 2012

12                     Volume 1 of 1

13   ************************************************************

14       ORAL AND VIDEOTAPED DEPOSITION of KIMBERLY RAMIREZ,

15   produced as a witness at the instance of 24 Hour Fitness

16   USA, Inc., and duly sworn, was taken in the above-styled

17   and numbered cause on the 14th of November, 2012, from

18   10:03 a.m. to 12:02 p.m., before Connie H. Lindsay, CSR,

19   in and for the State of Texas, reported by machine

20   shorthand, at the offices of Dollinger Law, 700 Gemini,

21   Suite 120, Houston, Texas, pursuant to the Federal Rules

22   and the provisions stated on the record.

23

24

25
```

**KIMBERLY RAMIREZ**
**November 14, 2012**

```
 1                        APPEARANCES
 2
 3    FOR THE PLAINTIFF:
 4         Mr. Scot G. Dollinger
 5         DOLLINGER LAW
 6         700 Gemini
 7         Suite 120
 8         Houston, Texas 77058
 9         (281) 488-4600
10
11
12    FOR 24 HOUR FITNESS USA, INC.:
13         Mr. Tarush R. Anand
14         BROWN SIMS, P.C.
15         1177 West Loop South
16         Tenth Floor
17         Houston, Texas 77027-9007
18         (713) 629-1580
19
20
21    ALSO PRESENT:
22         Ms. Chrissy Miller, Videographer
23
24
25
```

**KIMBERLY RAMIREZ**
**November 14, 2012**

```
 1                         INDEX
 2                                                    PAGE
 3   Appearances...................................  2
 4   KIMBERLY RAMIREZ
 5          Examination by Mr. Anand...............  4
 6   Signature and Changes........................ 97-98
 7   Reporter's Certificate....................... 99-101
 8                        EXHIBITS
 9   NO.             DESCRIPTION                     PAGE
10    1    San Jacinto Methodist Hospital
          Patient Record                             17
11
      2    Club Membership Agreement                 46
12
      3    Photograph                                54
13
      4    Photograph                                56
14
      5    Photograph                                59
15
      6    Photograph                                60
16
17
18
19
20
21
22
23
24
25
```

**KIMBERLY RAMIREZ**
**November 14, 2012**

```
 1                THE REPORTER:  Pursuant to the Rules?
 2                MR. ANAND:  Yes.
 3                MR. DOLLINGER:  Yes.
 4                THE REPORTER:  Signature?
 5                MR. DOLLINGER:  Yes.
 6                THE VIDEOGRAPHER:  Today is November 14,
 7    2012.  The time is approximately 10:01 a.m.  We are on
 8    the record.
 9                THE REPORTER:  Please raise your right
10    hand to be sworn.
11                (Witness sworn)
12                     KIMBERLY RAMIREZ,
13    having been first duly sworn, testified as follows:
14                         EXAMINATION
15    BY MR. ANAND:
16        Q.   Good morning.
17        A.   Good morning.
18        Q.   Would you please state your full name for the
19    record.
20        A.   Kimberly Ramirez.
21        Q.   Okay.  Ms. Ramirez, my name is Tarush Anand.
22    I'm the attorney for 24 Hour Fitness USA, Inc.  Do you
23    understand that?
24        A.   Yes.
25        Q.   Today is the second time we've met.  Correct?
```

**KIMBERLY RAMIREZ**
**November 14, 2012**

```
 1        A.   No.
 2        Q.   -- car accident but the 24 Hour --
 3        A.   Yes.
 4        Q.   -- Fitness incident.  Okay.
 5        A.   Sorry.
 6        Q.   Okay.  So besides these two instances, is
 7   there any other time where you've been charged with a
 8   crime?
 9        A.   No.
10        Q.   When did you sign up for a membership with 24
11   Hour Fitness?
12        A.   When they first opened.  December of -- oh,
13   gosh.  I don't remember exactly when they opened.  It
14   was December 17th.  Maybe they opened in 2008?
15        Q.   Okay.  Had you been a member at a 24 Hour
16   Fitness club prior to that?
17        A.   No.
18        Q.   Had you been a member of any other fitness
19   chain before that?
20        A.   Yes.  Fitness Connection.
21        Q.   Any other fitness clubs besides those two?
22        A.   The YMCA.
23        Q.   Okay.  Any others?
24        A.   No.
25        Q.   Okay.  When were you a member of Fitness
```

KIMBERLY RAMIREZ
November 14, 2012

1   Connection?
2       A.   Labor -- I signed -- I signed up on Labor Day
3   of the same year that I went to 24 Hour Fitness.  I was
4   just there for a little while.  I believe it was 2008.
5   I can't remember exactly what year.
6       Q.   Okay.  So Labor Day the same year but before
7   you signed up for the 24 Hour --
8       A.   Yes.
9       Q.   -- Fitness membership.
10      A.   It wasn't open yet.
11      Q.   And when did you give up your Fitness
12  Connection membership?
13      A.   When I signed up for 24 Hour Fitness.
14      Q.   So it was immediately before that?
15      A.   Yes.
16      Q.   Okay.  What about the YMCA?  When were you a
17  member there?
18      A.   I started in January of -- I believe it was
19  2008.  And I left there right before I went to Fitness
20  Connection.
21      Q.   Okay.  Just so we're clear, January of the
22  same year that you signed up for 24 Hour Fitness.
23      A.   Yes.
24      Q.   Okay.  Was there any particular goal or
25  purpose you had in mind when signing up for gyms that

**KIMBERLY RAMIREZ**
**November 14, 2012**

```
 1   year?
 2        A.   Yes.  To lose weight.
 3        Q.   We all have that goal occasionally.
 4             Were there any specific plans you had?
 5        A.   I was just going to make major changes to my
 6   life and get healthy and lose weight and just be
 7   healthy, happy.
 8        Q.   Just let me clarify my question a little bit.
 9   That was a poor question on my part.  My fiancée
10   sometimes will go -- say, "I want to go sign up for this
11   gym because they have a great spinning class."  So did
12   you have any --
13        A.   Oh.
14        Q.   -- plans like that?
15        A.   No.
16        Q.   Yeah.  "I'm going to go to these classes"?
17        A.   No.
18        Q.   In general you wanted to start working out.
19        A.   Yes.
20        Q.   Okay.  When you went to YMCA, did you have a
21   general routine for working out?
22        A.   Yes.
23        Q.   What was that?
24        A.   I would do my cardio.  I would go in the
25   evening, do my cardio.  And then just do some weight
```

**KIMBERLY RAMIREZ**
**November 14, 2012**

```
 1    exercise, things like that.  Weightlifting training.
 2         Q.   Would you do any classes at the YMCA?
 3         A.   I may have done one or two.  Not many.
 4         Q.   Why did you leave the YMCA to go join Fitness
 5    Connection?
 6         A.   I felt like they had a better -- the Y in
 7    Baytown is very small.  And it was hard to get
 8    equipment -- you know, to be able to use the cardio
 9    equipment when I wanted to.  It was a bigger gym.
10         Q.   Okay.  Then at Fitness Connection did you have
11    a regular workout routine?
12         A.   Yes.  I -- the same thing.  I did my cardio,
13    and I would do my -- my weightlifting.  And I may -- I
14    don't know.  I don't think I did any classes there.
15    Maybe one or two.  I was trying to break out of my -- my
16    shell a little bit.
17         Q.   Why did you decide to leave Fitness Connection
18    to go to 24 Hour Fitness?
19         A.   24 Hour Fitness was just a much better gym.
20         Q.   Is Fitness Connection the one that
21    advertises --
22         A.   Uh-huh.
23         Q.   -- 5, $10 or something?
24         A.   $10 a month, yes.
25         Q.   Is it any good?
```

**KIMBERLY RAMIREZ**
**November 14, 2012**

```
 1        A.   I don't like Fitness Connection.  I don't --
 2   they -- I don't feel comfortable there.  For some reason
 3   I just don't feel comfortable there.
 4        Q.   My fiancée has been trying to get me to switch
 5   to Fitness Connection, the same -- same thing at a lower
 6   price.
 7        A.   I wouldn't do it.  No, it's not the same.
 8        Q.   All right.  The 24 Hour Fitness.  Once you
 9   signed up at 24 Hour Fitness, did you have a regular
10   workout routine?
11        A.   Yes.
12        Q.   What was that?
13        A.   I would go in the morning.  I switched to the
14   morningtime.  And I would do my cardio, and I would do
15   the weights.  And I actually added swimming in.  And
16   then I like to sit in the steam room.
17        Q.   Would you do cardio, weight, swimming each
18   time you were there?  Or would you rotate these around?
19        A.   I pretty much did it each day.
20        Q.   Okay.  And what about classes at 24 Hour
21   Fitness?
22        A.   I did do classes at 24.
23        Q.   Did you start right away?  Or is that
24   something you --
25        A.   No.
```

**KIMBERLY RAMIREZ**
**November 14, 2012**

```
 1        Q.   -- transitioned into?
 2        A.   I -- I transitioned into it.
 3        Q.   Are you still a member at 24 Hour Fitness
 4   today?
 5        A.   Yes.
 6        Q.   Do you still go work out today?
 7        A.   I haven't been able -- I -- I tried.  I go
 8   sometimes, but I can't go regularly.
 9        Q.   When did you first find out that the 24 Hour
10   Fitness club was opening up in your area?
11        A.   Maybe a month or two before it opened up.  I
12   lived right across the street, and I saw that they were
13   putting something in.  So I -- I just pulled in and
14   asked the workers.
15        Q.   Did you decide right away that you wanted to
16   switch?
17        A.   Yes, I did.
18        Q.   Okay.  And did you go in to sign up soon after
19   it opened?
20        A.   Yes.  I believe it was maybe a week after it
21   opened.
22        Q.   Okay.  Do you recall going in and signing up?
23        A.   Yes.
24        Q.   Did you go tour the facility before signing
25   up?
```

**KIMBERLY RAMIREZ**
**November 14, 2012**

```
 1        A.    Yes.
 2        Q.    Okay.  Do you recall who you met with?
 3        A.    No.
 4        Q.    Anything stand out to you about your tour of
 5   the facility before you stood up -- before you signed
 6   up?
 7        A.    I just liked it.
 8        Q.    Okay.
 9        A.    I was happy with it.
10        Q.    Do you recall the person you spoke with
11   telling you anything about the club before you signed
12   up?
13        A.    They -- they told me, you know, all the
14   details about it.  They walked me through thoroughly,
15   explained the different equipment and the -- the things
16   that they had that set it apart from Fitness Connection.
17        Q.    Okay.  And do you recall signing a membership
18   agreement --
19        A.    Yes.
20        Q.    -- when you signed up?
21              I'll hand you what I'll mark as Exhibit 2
22   to your deposition.
23              (Exhibit No. 2 marked)
24        Q.    (By Mr. Anand)  Try to put the sticker in the
25   middle of the sheet here so I don't cover up anything.
```

**KIMBERLY RAMIREZ**
**November 14, 2012**

```
 1    A lot of text all over there.
 2              Does that look familiar to you?
 3        A.    Uh-huh.
 4        Q.    Good.  There's a few signatures on there.  So
 5    if we look on the first page, the box on the top right,
 6    "Monthly Membership," is that your signature?
 7        A.    Yes.
 8        Q.    Okay.  And bottom left, just above "Your" --
 9    in parentheses, "Member Signature," is that your
10    signature?
11        A.    Yes.
12        Q.    Let's go on to the third page.
13        A.    (Complies)
14        Q.    Bottom left, is that your signature?
15        A.    Yes.
16        Q.    And bottom right, is that your signature?
17        A.    Yes.
18        Q.    And then the last page is a checklist.  Bottom
19    left, is that your signature?
20        A.    Yes.
21        Q.    Okay.  Do you recall signing this document?
22        A.    Yes.
23        Q.    Okay.  And the signatures on here we've looked
24    at, those are your signatures?
25        A.    Yes.
```

**KIMBERLY RAMIREZ**
**November 14, 2012**

```
1      Q.   Did you read the document before signing it?
2      A.   Yes.
3      Q.   Did you understand what it said?
4      A.   Yes.
5      Q.   Okay.  Have that back, please?
6      A.   (Complies)
7      Q.   Thank you.
8      A.   Uh-huh.
9      Q.   And I believe you said you transitioned into
10  attending classes after signing up.
11     A.   Yes.
12     Q.   Describe for me generally how that started.
13     A.   I just felt I needed, you know, to change
14  things up.  So I believe I did a -- I started with some
15  morning classes, like a step class and Pilates.
16     Q.   How soon after signing up membership did that
17  start?
18     A.   Maybe a few months.  Maybe six months.
19     Q.   Actually -- if I could briefly jump back.  If
20  you wouldn't mind grabbing Exhibit 2 for me, please.
21     A.   Okay.
22     Q.   If you look at the bottom, the middle and the
23  top right, do you see the date?
24     A.   Uh-huh.
25     Q.   Says December 16, 2007?
```

**KIMBERLY RAMIREZ**
**November 14, 2012**

1  A.  7, yes.
2  Q.  Does that sound right?
3  A.  Yes.
4  Q.  And so then all the prior clubs we talked
5  about, you would have signed up for those in 2007?
6  A.  Yes.
7  Q.  And started your membership at 24 Hour Fitness
8  in 2007, as well.
9  A.  Yes.
10 Q.  Okay.  So a few months after signing up, you
11 started transitioning into morning classes.
12 A.  Yes.
13 Q.  When did you first start doing the yoga class?
14 A.  That particular -- that was the first, maybe
15 second time I had gone to that class.  I think it was
16 the first time.
17 Q.  And you're talking about the day of the
18 incident?
19 A.  Yes.
20 Q.  Okay.  So that may have been the first time
21 you were -- you had gone to that class.
22 A.  To that class, yes.
23 Q.  Had you been to any other yoga classes before
24 that?
25 A.  Maybe one or two.

**KIMBERLY RAMIREZ**
**November 14, 2012**

```
 1         Q.   At 24 Hour Fitness?
 2         A.   Yes.
 3         Q.   And just want to be clear.  Were there
 4    multiple yoga classes at 24 Hour Fitness?
 5         A.   At the time, yes.
 6         Q.   Okay.  So you may have gone to other versions
 7    of the yoga class previously one or two times.
 8         A.   Different time, different -- yes, different
 9    classes, different times, different days.
10         Q.   But with that instructor that particular --
11         A.   That was the first time.
12         Q.   Okay.  Okay.
13              MR. ANAND:  Why don't we take a break for
14    a second while we swap out tape.
15              THE WITNESS:  Okay.
16              MR. ANAND:  If you want to stretch your
17    feet, as well, you're welcome to.
18              THE WITNESS:  Okay.
19              THE VIDEOGRAPHER:  It's 10:57.  We're
20    going off the record.
21              (Break from 11:00 a.m. to 11:08 a.m.)
22              THE VIDEOGRAPHER:  It's 11:06.  We're
23    back on the record.  This is Tape 2.
24         Q.   (By Mr. Anand)  Okay.  Ms. Ramirez, we're back
25    from a break.  Do you realize you're still under oath?
```

```
 1              UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF TEXAS
 2                   HOUSTON DIVISION

 3   Kimberly Ramirez,         )
                               )
 4           Plaintiff,        )
                               )
 5   v.                        ) Civil Action No. 4:12-cv-1922
                               )
 6   24 Hour Fitness USA, Inc.,)
     et al.,                   )
 7           Defendants.       )
```

8                REPORTER'S CERTIFICATION

9              DEPOSITION OF KIMBERLY RAMIREZ

10                  NOVEMBER 14, 2012

11      I, Connie H. Lindsay, Certified Shorthand Reporter in

12   and for the State of Texas, hereby certify to the

13   following:

14      That the witness, KIMBERLY RAMIREZ, was duly sworn by

15   the officer and that the transcript of the oral deposition

16   is a true record of the testimony given by the witness;

17      That the deposition transcript was submitted on

18   _____ to the witness or to the attorney for

19   the witness for examination, signature and return to me by

20   _____;

21      That the amount of time used by each party at the

22   deposition is as follows:

23      Mr. Tarush R. Anand - 1 Hour 44 Minutes

24      Mr. Scot G. Dollinger - 0 Minutes

25      That pursuant to information given to the deposition

**KIMBERLY RAMIREZ**
**November 14, 2012**

```
 1   officer at the time said testimony was taken, the
 2   following includes counsel for all parties of record:
 3         Mr. Tarush R. Anand, Attorney for 24 Hour Fitness
 4   USA, Inc.
 5         Mr. Scot G. Dollinger, Attorney for Plaintiff
 6         I further certify that I am neither counsel for,
 7   related to, nor employed by any of the parties or
 8   attorneys in the action in which this proceeding was
 9   taken, and further that I am not financially or otherwise
10   interested in the outcome of the action.
11         Further certification requirements pursuant to the
12   Federal Rules will be certified to after they have
13   occurred.
14         Certified to by me this _____ day of
15   _____, 2012.
16
17
18   _____
     Connie H. Lindsay, Texas CSR 3110
     Expiration Date: 12/31/2014
19   Firm Registration No. 563
     Republic Services, Inc.
20   4202 Sherwood Lane
     Houston, Texas  77092
21   (713) 957-0094
22
23
24
25
```